UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ann Carter,**

    **Plaintiff,**

**-V-**                                                            **Case No. 2:03-cv-00657**
                                                               **JUDGE SMITH**
                                                                **Magistrate Judge King**

**Terminex International Co.,**

    **Defendant.**

**CONDITIONAL DISMISSAL**

    This case has settled.  The Court **CONDITIONALLY DISMISSES** this case, subject to motion to reopen filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

    The Clerk shall remove this case from the Court's pending cases and motions lists.

    **IT IS SO ORDERED.**

                                                       **/s/ George C. Smith**
                                                       **GEORGE C. SMITH, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**